[No. 24561-2-II. Division Two. January 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH LENICHULAS NASH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00932-7, David R. Draper, J., entered March 24, 1999. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Houghton and Bridgewater, JJ.

[No. 24239-7-II. Division Two. January 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY FITZGERALD WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02549-4, Rosanne Buckner, J., entered December 17, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, J., and Wang, J. Pro Tem.

[No. 23215-4-II. Division Two. January 19, 2001.]

*In the Matter of the Marriage of* MARY KATHERINE FALER, *Respondent*, and KARL MARC FALER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-3-02923-5, Paul M. Boyle, J. Pro Tem., entered April 2, 1998. *Affirmed* by unpublished opinion per Wang, J. Pro Tem., concurred in by Seinfeld and Houghton, JJ.

[No. 44342-9-I. Division One. January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-10182-1, Anthony P. Wartnik, J., entered March 24, 1999. *Dismissed* by unpublished per curiam opinion.